# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANICE BARROW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KANSAS STATE UNIVERSITY, | ) |
| | ) |
| JACQUELINE D. SPEARS, | )  Case No. 2:21-cv-2569 |
| in her individual and official capacities, | ) |
| | ) |
| CHARLES TABER, | ) |
| in his individual and official capacities, and | ) |
| | ) |
| RICHARD B. MYERS, | ) |
| in his official capacity, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT KANSAS STATE UNIVERSITY'S CONSENT TO REMOVAL**

Defendant Kansas State University (the "University"), by and through undersigned counsel, hereby gives notice that it consents to the removal of this matter to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1441 and 1446. By filing this Consent to Removal, the University is not waiving, and expressly preserves, any immunity it has available, specifically including sovereign immunity from liability, from any claim asserted by Plaintiff, including but not limited to the claims under the Age Discrimination in Employment Act of 1967 ("ADEA").

Respectfully submitted this 3rd day of December 2021.

Date: December 3, 2021	Respectfully submitted,

/s/ Derek T. Teeter
DEREK T. TEETER	KS BAR NO. 23242
MICHAEL T. RAUPP	KS BAR NO. 25831
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, a true and correct copy of the foregoing was served via United States mail, postage prepaid, upon:

Katherine E. Myers
Alexander Edelman
Edelman, Liesen & Myers, L.L.P.
208 W. Linwood Blvd.
Kansas City, Missouri 64111
Telephone (816)301-4056
Facsimile (816) 463-8449
kmyers@elmlawkc.com
aedelman@elmlawkc.com

***Attorneys for Plaintiff***

and I also filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ Derek T. Teeter
***Attorney for Defendants***